Joseph SEIBERT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40849.

Missouri Court of Appeals, Western District.

Feb. 28, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1989.

Application to Transfer Denied June 13, 1989.

Gregg T. Hyder, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and
SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief.

Affirmed. Rule 84.16(b).